1

2
*E-Filed 4/24/13*
3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10                            SAN FRANCISCO DIVISION

11

12   LARRY H. VIERA,                          No. C 12-1497 RS (PR)

13              Plaintiff,                    **ORDER EXTENDING TIME**

14       v.

15   G.D. LEWIS, et al.,

16              Defendants.
                                          /
17   _____

18         Defendants' motion for an extension of time to file a reply to plaintiff's opposition to

19   the motion to dismiss (Docket No. 37) is GRANTED.  The reply shall be filed on or before

20   June 15, 2013.  This order terminates Docket No. 37.

21         **IT IS SO ORDERED**.

22   DATED:  April 24, 2013

23                                           RICHARD SEEBORG
                                            United States District Judge
24

25

26

27

28

United States District Court
For the Northern District of California