*E-Filed 4/24/13*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LARRY H. VIERA, | No. C 12-1497 RS (PR) |
| Plaintiff, | **ORDER EXTENDING TIME** |
| v. | |
| G.D. LEWIS, et al., | |
| Defendants. | |

Defendants' motion for an extension of time to file a reply to plaintiff's opposition to the motion to dismiss (Docket No. 37) is GRANTED. The reply shall be filed on or before June 15, 2013. This order terminates Docket No. 37.

**IT IS SO ORDERED**.

DATED: April 24, 2013

RICHARD SEEBORG
United States District Judge