*E-Filed 10/31/13*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LARRY H. VIERA, | No. C 12-1497 RS (PR) |
| Plaintiff, | **ORDER EXTENDING TIME** |
| v. | |
| G.D. LEWIS, et al., | |
| Defendants. | |

Defendants' motion for an extension of time to file a dispositive motion (Docket No. 47) is GRANTED. Such motion shall be filed on or before December 15, 2013. This order terminates Docket No. 47.

**IT IS SO ORDERED**.

DATED: October 31, 2013

_____
RICHARD SEEBORG
United States District Judge