*E-Filed 1/21/14*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LARRY H. VIERA, | No. C 12-1497 RS (PR) |
|     Plaintiff, | **ORDER EXTENDING TIME** |
|     v. | |
| G.D. LEWIS, et al., | |
|     Defendants. | |

Plaintiff's motion for an extension of time to file an opposition to defendants' motion for summary judgment (Docket No. 56) is GRANTED. Such opposition shall be filed on or before March 1, 2014.

**IT IS SO ORDERED**.

DATED: January 21, 2014

                     RICHARD SEEBORG
                     United States District Judge